IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM R. GLASS, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil Action No. 05-1971(JBS) |
| v. | |
| ARTHUR S. SNELLBAKER and the CITY OF ATLANTIC CITY, | **ORDER** |
| Defendants. | |

This matter comes before the court upon Defendant City of Atlantic City's motion for reconsideration [Docket Item No. 41]; the Court having considered the submissions in support thereof and opposition thereto; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**21st**__ day of **September, 2007**

ORDERED that the motion for reconsideration shall be, and hereby is, **DENIED**.

**s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge